# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IDA RUTH PROFITT,<br>　　Plaintiff, | Case No. 1:13-cv-679 |
| | Judge Timothy S. Black |
| vs. | |
| | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 34) AND
# TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on April 30, 2018 submitted a Report and Recommendation. (Doc. 34). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** it its entirety. Accordingly:

1. The parties' joint motion to remand (Doc. 34) is **GRANTED**;

2. This case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C.

§ 405(g); and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:     5/25/18

*Timothy S. Black*
Timothy S. Black
United States District Judge