UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| I. RUTH PROFITT, | : | Case No. 1:13-cv-679 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION (Doc. 38)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on October 23, 2019, submitted a Report and Recommendation (Doc. 38). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 38) is **ADOPTED**;

2. Plaintiff's motion for attorney fees under the Social Security Act (Doc. 37) is **GRANTED**; and

3. Plaintiff's counsel is **AWARDED** attorney fees in the amount of **$15,000.00**.

The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date: 12/18/19

*Timothy S. Black*
Timothy S. Black
United States District Judge